**MICHAEL B. BIGELOW**
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Carlos Martinez


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:18-cr-0035-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE SENTENCING |
| | ) | |
| CARLOS MARTINEZ, | ) | Date:  9/26/2019 |
| | ) | Time:  9:30 AM |
| Defendant. | ) | Court: TLN |
| | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

By previous order, this matter was set for sentencing on September 26, 2019.By this stipulation, the defendant now moves to continue sentencing until **December 19, 2019, at 9:30 a.m.**, and to exclude time between September 26, 2019, and December 19, 2019, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following: The government has represented that the discovery associated with this case includes over 14,000 pages

-1-

and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

Defense counsel desires additional time to review the PSR and sentencing options, conduct research into the sentencing options available, to discuss the case with his client, and otherwise prepare for sentencing in this matter. Counsel for defendant believes that failure to grant the above- requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, scheduling issues and holidays.

The government does not object to the continuance. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in sentencing within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2019, to December 19 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**It Is So Stipulated**

Dated: SEPTEMBER 22, 2019        Respectfully submitted,

/s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for DEFENDANT

Dated: September 22, 2019        /s/Justine Lee
JUSTINE LEE
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERD.**

Dated: September 23, 2019

Troy L. Nunley
United States District Judge