MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
1621 McClaren Dr.
Carmichael, CA. 95608
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Carlos Martinez

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-35 TLN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DATE FOR |
| vs. | SELF SURRENDER; MODIFYING CONDITIONS OF RELEASE |
| CARLOS MARTINEZ | |
| Defendant | |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    Following sentencing, and by previous order, defendant was ordered to self-surrender to BOP on June 1, 2020.

    By this stipulation, and as a consequence of the current Covid-19 crisis, the parties agree, and so request, that defendant's self-surrender date be moved to November 9, 2020.

    In addition, the parties agree and stipulate that defendant's conditions of release be modified so to include home

-1-

confinement pending his self-surrender BOP, and that defendant's home confinement conditions include and be under the standard PTS supervision conditions.

**IT IS SO STIPULATED**

DATED: April 10, 2020 /s/Michael B. Bigelow

MICHAEL B. BIGELOW
Attorney for Carlos Martinez

DATED: April 10, 2020 Respectfully submitted

/S/Justine Lee
JUSTINE LEE
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERD.**

DATED: April 13, 2020

Troy L. Nunley
United States District Judge

-2-