**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
1621 McClaren Dr.
Carmichael, CA. 95608
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Carlos Martinez

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-35 TLN |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| CARLOS MARTINEZ | |
| Defendant | |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, with the concurrence of defendant's Pre-Trial Service Officer, Darryl Walker, hereby stipulate as follows:

    Following sentencing, and by previous order, defendant was ordered to self-surrender to BOP on June on June 1, 2020. That order was modified to permit self-surrender on November 9, 2020, on standard pre-trial conditions of release.

    By this stipulation, with the concurrence of the defendant's pretrial service officer, because Mr. Martinez has

been under supervision for over two years and has been compliant the whole time, those standard conditions of release are modified to the extent that Mr. Martinez is no longer required to call PTS Officer Darryl Walker every day in four-hour increments. Nor is PTS officer required to visually see Mr. Martinez once a week.

This order modifying defendant's sentence to home confinement as set forth in this stipulation, shall remain in effect until such time as defendant self-surrenders to BOP on November 9, 2020 to serve the balance of his term of imprisonment, or is otherwise modified.

**IT IS SO STIPULATED**

DATED: May 8, 2020                    /s/Michael B. Bigelow

                                      MICHAEL B. BIGELOW
                                      Attorney for Carlos Martinez

DATED: May 8, 2020


                                      /S/Justine Lee
                                      JUSTINE LEE
                                      Assistant United States Attorney

**ORDER**

**IT IS SO ORDERD.**

Dated: May 8, 2020

Hon. Troy L. Nunley
United States District Judge