**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
1621 McClaren Dr.
Carmichael, CA. 95608
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Carlos Martinez

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-035 TLN |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| CARLOS MARTINEZ, | |
| Defendant | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, with the concurrence of defendant's Pre-Trial Service Officer, Darryl Walker, hereby stipulate as follows:

Following sentencing, and by previous order, defendant was ordered to self-surrender to BOP on June 1, 2020. That order was modified to permit self-surrender on November 9, 2020, on standard pre-trial conditions of release.

By this stipulation, with the concurrence of the defendant's pretrial service officer, because Mr. Martinez has

been under supervision for over two years and has been compliant the whole time, Mr. Martinez' PTS Standard Conditions of Release are deemed by Mr. Walker as unnecessary. Accordingly, Mr. Martinez conditions of release are to be modified and he is to be returned to those conditions of release that were in place at the time of his original sentencing on March 12, 2020.

Defendant's conditions of release as here modified are to remain in place until such time as he self-surrenders to BOP on November 9, 2020, as previously ordered by this Court, or until such time as this order is modified.

**IT IS SO STIPULATED**

DATED: May 15, 2020                    /s/Michael B. Bigelow

                                       MICHAEL B. BIGELOW
                                       Attorney for Carlos Martinez

DATED: May 15, 2020

                                       /S/Justine Lee
                                       JUSTINE LEE
                                       Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: May 15, 2020                    _____
                                       Troy L. Nunley
                                       United States District Judge