McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2700
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS MARTINEZ,<br><br>    Defendant. | 2:18-CR-00035-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on June 18, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Carlos Martinez forfeiting to the United States the following property:

a.  Colt Model 1903, .32 Caliber Pistol, Serial Number 53365;
b.  Browning Arms Model BL22, .22 Caliber rifle with Weaver Scope, Serial Number 71B57869;
c.  T.A.C. Model Ceric, .38 Caliber Revolver, Serial Number 331826;
d.  High Standard Model GB, .22 Caliber Pistol Serial Number 324506;
e.  Hi Point Model C, 9mm Pistol, Serial Number 812158;
f.  Revelation Model 120 22LR .22 Caliber Rifle;
g.  Revelation Model 120 22LR .22 Caliber Rifle with scope;
h.  Browning Model A5 Magnum, 12 Gauge Shotgun, Serial Number 3V-51288;
i.  Remington Model 1100, 16 Gauge Shotgun, Serial Number 80498W;
j.  Lames S.P.A Chiavari Model 801, 12 Gauge Shotgun;
k.  Winchester Model 1907 S.L., .351 Caliber Rifle, Serial Number 10190;
l.  Stevens Model 67E, 12 Gauge Shotgun, Serial Number E397420;
m.  1123 Rounds of Miscellaneous Ammunition; and
n.  4 Speed Loaders.

AND WHEREAS, beginning on June 19, 2019, for at least 30 consecutive days, the United

States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property: Virginia Martinez.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed assets, pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Carlos Martinez.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 23rd day of June, 2020.

_____
Troy L. Nunley
United States District Judge