IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MARTINEZ,<br><br>Defendant. | Case №: 2:18-cr-00035-TLN<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The court relieved Mr. Bigelow on October 21, 2020 and ordered the Federal Defender to locate new counsel. CJA Panel attorney Tamara L. Soloman is hereby appointed effective October 21, 2020, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  October 22, 2020

Troy L. Nunley
United States District Judge