TAMARA SOLOMAN
Attorney at Law
State Bar No. 183841
P.O. Box 5482
El Dorado Hills, CA  95762
Tel: 916-712-8962
solomanlaw@yahoo.com

Attorney for Defendant
CARLOS MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CARLOS MARTINEZ<br><br>            Defendant.<br> | )  Case No.  2:18-CR-035-TLN<br>)<br>)  **ORDER TO CONTINUE SELF-**<br>)  **SURRENDER DATE**<br>)<br>)  Judge: Hon. Troy L. Nunley<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY ORDERED, for the reasons stated by the parties, that the defendant's

self-surrender date is extended from November 9, 2020 to. March 26, 2021.  The defendant is

ordered to surrender to the facility designated by the Bureau of Prisons on March 26, 2021

before 2:00 p.m., or if not designated, the U.S. Marshal's Office in Sacramento. Defendant shall

comply with all terms of pretrial supervision until that date

IT IS SO ORDERED.

DATED:  November 2, 2020

_____
Troy L. Nunley
United States District Judge

-1-